UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE SULLIVAN, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>  Defendant. | Case No. 1:23-cv-00697-ADA-CDB<br><br>ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY<br><br>(Doc. 5)<br><br>SHOW CAUSE BY JULY 10, 2023 |

On June 1, 2023, the parties filed a Notice of Settlement. (Doc. 4). On June 2, 2023, the Court directed the parties to file dispositional documents by no later than July 3, 2023. In addition, the Court admonished the parties that their expressed intention to delay filing a stipulated dismissal until after performance under the parties' settlement agreement is complete would not constitute good cause for an extension. (Doc. 5). As of the date of this order, the parties have not filed dispositional documents, nor any alternative filing explaining the cause of their deficiency, nor any request for an extension, and the time to do so has passed.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions…within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including

1   dismissal of the action. *Bautista v. Los Angeles Cnty.*, 216 F.3d 837, 841 (9th Cir. 2000).

2   Accordingly, IT IS HEREBY ORDERED that no later than **July 10, 2023**, the parties shall
3   show cause in writing why sanctions, including monetary sanctions or dismissal, should not be
4   imposed for the parties' failure to file dispositional documents as ordered by the Court. In the
5   alternative, the parties may comply with this order by filing dispositional documents.

6   Failure to comply with this order may result in the issuance of sanctions.

7   IT IS SO ORDERED.

8   Dated:   **July 7, 2023**

9   UNITED STATES MAGISTRATE JUDGE